THE STATE EX REL. FRITCHEN, APPELLANT, *v.*
ABLE COMPANY, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Fritchen v. Able Co., Inc.* (2000), 90 Ohio St.3d 69.]

(No. 00–26—Submitted July 25, 2000—Decided September 20, 2000.)

———————

*Barkan & Neff Co., L.P.A.,* and *Robert E. DeRose,* for appellant.

———————

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

———————

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and issue the requested writ.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.